```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF GEORGIA
                 AUGUSTA DIVISION
```

LINDA L. GUNBY, as surviving     *
Spouse and as the Executor       *
of the Estate of Dennis          *
Craig Gunby, deceased,           *
                                 *
    Plaintiff,                   *
                                 *
    v.                           *    CV 119-213
                                 *
UNITED STATES OF AMERICA,        *
                                 *
    Defendant.                   *

                  O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 13.) Plaintiff and Defendant consent to dismissal. Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs and expenses.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

```
                    _____
                    J. RANDAL HALL, CHIEF JUDGE
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA
```